SUE CAMPBELL
Attorney at Law, Bar Number 98728
1155 N. First Street, Suite 101
San Jose, California 95112
(408) 277-0648

Attorneys for Plaintiffs

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BLOODHART GROUP, INC., a California Corporation dba JWB ELECTRIC,<br><br>Defendants. | CASE NO.: C06-06876 JW PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: April 16, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 4th Floor<br><br>JUDGE: The Hon. James Ware |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served with the complaint filed November 3, 2006. A Request for Entry of Default was entered on January 4, 2007 against Defendant THE BLOODHART GROUP, INC., a California Corporation dba JWB ELECTRIC.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Defendants have provided audit documentation to Plaintiff and the parties are in settlement negotiations. Consequently, Plaintiffs request a sixty (60) day continuance of the

1

CASE MANAGEMENT CONFERENCE STATEMENT

| | |
|---|---|
| 1 | Case Management Conference to June 18, 2007, to finalize the settlement. |

Respectfully submitted,

Dated: April 11, 2007

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to June 18, 2007, at 10:00 a.m., in Courtroom 8, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: April 11, 2007

JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT