1  SUE CAMPBELL
   Attorney at Law, Bar Number 98728
2  1155 N. First Street, Suite 101
   San Jose, California 95112
3  (408) 277-0648

4  Attorneys for Plaintiffs

5

6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  JACK BUCKHORN AND ANISA M.          )   CASE NO.: C06-06876 JW PVT
    THOMSEN AS TRUSTEES OF THE          )
11  REDWOOD EMPIRE ELECTRICAL           )
    WORKERS HEALTH AND WELFARE          )   CASE MANAGEMENT
12  TRUST FUND, REDWOOD EMPIRE          )   CONFERENCE STATEMENT
    ELECTRICAL WORKERS PENSION          )   AND PROPOSED ORDER
13  TRUST FUND,                         )
                                        )
14                 Plaintiffs,          )   Date:  June 18, 2007
                                        )   Time:  10:00 a.m.
15  vs.                                 )   Place: Courtroom 8, 4th Floor
                                        )
16  THE BLOODHART GROUP, INC., a        )   JUDGE: The Hon. James Ware
    California Corporation dba JWB ELECTRIC, )
17                                      )
                   Defendants.          )
18  _____)

19        Plaintiff in the above-entitled action submits this Case Management Statement and

20  proposed order, and requests that the court adopt it as the Case Management Order in this case.

21  Defendants have been served with the complaint filed November 3, 2006. A Request for Entry

22  of Default was entered on January 4, 2007 against Defendant THE BLOODHART GROUP,

23  INC., a California Corporation dba JWB ELECTRIC.

24                        **DESCRIPTION OF THE CASE**

25        This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

26  Funds.

27        Defendants have provided audit documentation to Plaintiff and the parties have settled

28  the case pending final payment. Consequently, Plaintiffs request a thirty (30) day continuance

                                      1

1  of the Case Management Conference to July 23, 2007, pending receipt of settlement funds from

2  Defendants.  The case will be dismissed once payment is received.

3

4                                        Respectfully submitted,

5

6  Dated: June 5, 2007

7                                        SUE CAMPBELL
                                         Attorney for Plaintiff

8

9                                        **ORDER**

10       The Case Management Conference is hereby continued to July 23, 2007, at 10:00 a.m.,

11 in Courtroom 8, 4th Floor.  Plaintiff will file an update and proposed action ten (10) days prior

12 to the Case Management Conference.

13

14 Dated: _____June 12, 2007_____

15                                        JUDGE OF THE U.S. DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

2